

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2016

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On April 5, 2016, appellant Theresa Faye Jerry, pro se, filed a motion for the court to "require that the appellees send all certification of notices in the appropriate manner with the appropriate postage to appellant for her notice concerning all legal action involving the premises" at issue in this appeal. Jerry alleged in her motion that appellees sent a certified letter to her and, because appellees failed to pay for the postage required for delivery, she was required to pay for the postage. Jerry alleged she declined to pay the postage because of her indigence status.

On April 12, 2016, appellee Deutsch Bank National Trust Co. filed a response stating it mailed a settlement offer to Jerry both first class mail and certified mail and, although the certified mail envelope was returned because postage was not paid, the first class mail was not returned. Deutsch Bank also argued the settlement offer was not required to be served.

Rule 9.5(a) requires a "filing party" to serve a copy of a filing on all parties to the proceeding. Tex. R. App. P. 9.5(a). Rule 9.5(a) does not require service of documents not filed with the court. *See id.* Because it appears that Jerry actually received the correspondence, and the settlement letter was not filed with this court, Jerry's motion is denied

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2016.



Keith E. Hottle
Clerk of Court.